Hand-Delivered

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILE NO.: 1:25-cv-291

FILED
ASHEVILLE, NC
AUG 28 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| DAWN HANSON AND WAAW MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RELIANT CAPITAL, LLC AND PAWNEE LEASING CORPORATION, <br><br> Defendants. | **NOTICE OF REMOVAL** |

Defendant Reliant Capital, LLC ("Reliant") in the above-entitled action hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of removal, Reliant respectfully shows as follows:

1. Plaintiffs filed their Summons and Verified Complaint, Case No. 25CV004018-100, in The General Court of Justice, Superior Court Division for Buncombe County, North Carolina, on or about July 17, 2025. (See Exhibit A, Summons and Verified Complaint).

2. Plaintiffs served the Summons and Verified Complaint upon the Defendant on July 29, 2025. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of service of the Summons and Verified Complaint on Reliant.

## DIVERSITY JURISDICTION

3. This Court has jurisdiction over this action by virtue of 29 U.S.C. § 1332 because there is diversity of citizenship between all of the parties and Plaintiffs allege damages in excess of $75,000.

4. At the time the Verified Complaint was filed, at the time of removal, and at all intervening times, Reliant was (and is) a corporation incorporated in the State of California with a principal place of business in the State of California. *See* 28 U.S.C. § 1332(c)(1). Thus, Reliant is a citizen of California for the purposes of diversity jurisdiction. *Id.*

5. At the time the Verified Complaint was filed, at the time of removal, and at all intervening times, defendant Pawnee Leasing Corporation ("Pawnee") was (and is) a corporation incorporated in the State of Colorado with a principal place of business in the State of Colorado. *See* 28 U.S.C. § 1332(c)(1). Thus, Pawnee is a citizen of Colorado for the purposes of diversity jurisdiction.

6. Plaintiffs allege that they are residents of Buncombe County, North Carolina, and are therefore citizens of the State of North Carolina. (Ver. Compl. ¶ 1.) Accordingly, Plaintiffs and Defendants are citizens of different states and complete diversity exists between all of the parties in this action.

7. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1). Plaintiffs have alleged four causes of action: Fraud in the Inducement of the Contract, Violation of the North Carolina Unfair or Deceptive Trade Practices Act (N.C. Gen. Stat. § 75-1.1),

2

Negligence, and Breach of Fiduciary Duty. Plaintiffs have alleged that the amount owed on the complained of lease agreement is $46,000 and that they are seeking compensatory damages in excess of $25,000 for the stated causes of action. (Ver. Compl. ¶¶ 40 and 47 .) Further, Plaintiffs allege that they are entitled to treble damages and attorney's fees pursuant to N.C. Gen. Stat. § 75-1.1. (*Id.* ¶ 31.)

8. The amount Plaintiffs are seeking to recover therefore exceeds $75,000, exclusive of interests and costs.

9. Accordingly, this case could originally have been brought before this Court pursuant to 28 U.S.C. § 1332 and may be removed by defendant Reliant pursuant to 28 U.S.C. § 1441.

10. Under 28 U.S.C § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action was pending.

11. Pursuant to 28 U.S.C. § 1446(a), Reliant has attached herewith, and incorporated by reference, a copy of all documents filed in this action.

12. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

13. A true copy of this Notice of Removal is being filed with The General Court of Justice, Superior Court Division for Buncombe County, North Carolina as required by law.

14. Defendant Pawnee Leasing Corporation by and through counsel has consented to the removal of this matter to the US District Court.

THIS the 28th day of August, 2025.

                                      **ALLEN STAHL & KILBOURNE, PLLC**

                                      */s/ Christopher G. Lewis*
                                      Christopher G. Lewis
                                      N.C. State Bar No. 25677
                                      20 Town Mountain Road, Suite 100
                                      Asheville, NC 28801
                                      828-254-4778
                                      828-254-6646 fax
                                      clewis@asklawnc.com
                                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that according to CM/ECF records, a copy of the foregoing was served upon the individual listed below via electronic notification from the District Court:

>SEAN SOBOLESKI
>Soboleski Law, PLLC
>2 Wall Street, Suite 111
>Asheville, NC 28801
>828-515-1545
>sean@consumerprotection.legal
>
>JOHN C. BIRCHER III
>Davis Hartman Wright, LLP
>209 Pollock Street
>New Bern, NC 28560
>John.bircher@dhwlegal.com

THIS the 28th day of August, 2025.

>ALLEN STAHL & KILBOURNE, PLLC
>
>*/s/Christopher G. Lewis*
>Christopher G. Lewis
>N.C. State Bar No. 25677
>20 Town Mountain Road, Suite 100
>Asheville, NC 28801
>828-254-4778
>828-254-6646 fax
>clewis@asklawnc.com
>*Attorney for Defendants*